IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Paul Williams, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Ocean Cape LLC and Dave Olney,<br><br>Defendants. | In admiralty and at Law<br><br>No. 2:10 cv 01936<br><br>COMPLAINT FOR CREW WAGES |

## I.   PARTIES

1.1   Plaintiff Paul Williams is an individual residing in King County Washington at all material times.

1.2   The plaintiff was a crewmember employed aboard the F/V Ocean Cape from on or about April 2009 through June 2009 as a seaman. Pursuant to 28 U.S.C. § 1916, Plaintiff Paul Williams is eligible to institute suit without fees or costs.

1.3   The Ocean Cape LLC is a Washington Corporation and is the owner of the F/V OCEAN CAPE.

1.4   Dave Olney is the owner of Ocean Cape LLC and is the party responsible for paying crew wages.

## II.   JURISDICTION AND VENUE

COMPLAINT FOR CREW WAGES
Page 1 of 3

MORAN WINDES & WONG
5608 17th Avenue Northwest
SEATTLE, WASHINGTON 98107
Phone: 206.788.3000  Facsimile: 206.788.3001

2.1     This lawsuit alleges claims for seamen's wages and breach of contract. This court has jurisdiction pursuant to 28 USC 1333 (admiralty) and §1331 (Federal Question). This court has subject matter jurisdiction over the action and personal jurisdiction over the parties.

2.2     Venue is proper in United States District Court in the Western District of Washington at Seattle.

### III.    CAUSES OF ACTION

3.1     The plaintiff was employed as crewmember aboard the F/V OCEAN CAPE from April 2009 and July 2009.

3.2     Upon information and belief, the plaintiffs worked as crewmembers pursuant to an oral contract of employment during his entire period aboard the vessel.  Federal law sets the plaintiff's wage rate at the highest rate in the port, which is, upon information and belief, $500.00 per day.  Upon information and belief there was no statutorily compliant written crewmember agreement.

3.3     The defendants breached the contract when it did not pay the plaintiff's crew wages upon discharge.  Defendants still have not paid the wages and has failed to give an accounting, in violation of 46 USC §10602.

3.4     The defendants' refusal to pay wages and give an accounting constitute willful and recalcitrant violation of state and federal wage statutes entitling the plaintiff to double damages as a penalty, plus attorneys fees.

3.5     Pursuant to Washington state law, defendant Olney as the individual who willfully violates the Washington state wage laws is personally liable for the wages penalties.

COMPLAINT FOR CREW WAGES
Page 2 of 3

MORAN WINDES & WONG
5608 17th Avenue Northwest
SEATTLE, WASHINGTON 98107
Phone: 206.788.3000  Facsimile: 206.788.3001

3.6    As a result of the foregoing, the plaintiff has been damaged in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the following relief:

1.    Judgment against the defendants jointly and severally, for damages including but not limited to base wages in the amount of highest wage in the port, and double wages as penalty damages under Washington Law;

2.    Attorneys fees and costs;

3.    Any other and additional relief the court deems just and proper.

DATED this 30th day of November, 2010.

/s/ William Keller
WILLIAM A. KELLER, WSBA #29361
DENNIS M. MORAN, WSBA #19999
Attorneys for Plaintiff
Moran Windes & Wong, PLLC
5608 17th Avenue Northwest
Seattle, Washington 98107
Telephone: 206-788-3000
Facsimile:  206-788-3001

COMPLAINT FOR CREW WAGES
Page 3 of 3

MORAN WINDES & WONG
5608 17th Avenue Northwest
SEATTLE, WASHINGTON 98107
Phone: 206.788.3000  Facsimile: 206.788.3001